UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDER ROMANOVICH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | No.  2:13-cv-0297 KJM GGH PS<br><br><br><br>ORDER |

On June 6, 2013, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that the Findings and Recommendations filed June 6, 2013, are ADOPTED as follows:

1. Plaintiffs' federal claims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b); and

1

   2. The court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(c)(3), and remands them to Sacramento County Superior Court.

DATED: August 28, 2013.

_____
UNITED STATES DISTRICT JUDGE